# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 17, 2017

*By the Court:*

| | |
|---|---|
| No. 17-2011 | CURT GILGENBACH, et al., <br>   Plaintiff - Appellant <br><br> v. <br><br> UNITED STATES INCORPORATED, et al., <br>   Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:17-cv-01807 <br> Northern District of Illinois, Eastern Division <br> District Judge Andrea R. Wood ||

The following is before the court: **NOTICE OF OBSTRUCTION OF JUSTICE**, filed on May 17, 2017, by the pro se appellant,

It is unclear precisely what relief the appellant seeks in the present filing. The district court dismissed the underlying complaint on May 10, 2017, and the appeal is proceeding to briefing. The appellant can raise his arguments in the opening brief, which is due June 26, 2017.

form name: **c7_Order_BTC**(form ID: **178**)