# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 24, 2017

Before

FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 17-2011 | CURT GILGENBACH, et al.,<br>Plaintiff - Appellant<br><br>v.<br><br>STATE OF ILLINOIS, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:17-cv-01807<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood |

The following is before the court: **DEFENDANT-APPELLEE'S MOTION FOR SUMMARY AFFIRMANCE OR TO RESET BRIEFING SCHEDULE**, filed on August 21, 2017, by counsel for Appellee Village of Glendale Heights.

The motion for summary affirmance is summarily denied, without submission to the motions panel.

As the court explained in *United States v. Fortner*, 455 F.3d 752 (7th Cir. 2006), it is wholly inappropriate for an appellee's lawyer to wait until a brief is due, file a motion in lieu of a brief, and ask for extra time to file a brief if the motion is denied. Such a procedure demands the time of six appellate judges (three on the motions panel, three on the merits panel) instead of three. There is no reason for an expedited decision in this case. To prevent further dissipation of judicial time, the court also denied the request for additional time to file a brief. The motion for summary affirmance will be treated as the brief of appellee Village of Glendale Heights, and the case will be submitted for decision without further briefing by the Village.

form name: **c7_Order_3J**(form ID: **177**)